VINOD NICHANI | SBN 277607
CHIA-CHEN ERIN SHIH | SBN 332199
JOANNE O'SULLIVAN | SBN 359964
NICHANI LAW FIRM
1960 The Alameda, Suite 100
San Jose, California 95126
Telephone: 408-800-6174
Facsimile: 408-290-9802
vinod@nichanilawfirm.com
erin@nichanilawfirm.com
joanne@nichanilawfirm.com

Attorney for Plaintiff
JEFFREY D. LOOMIS, an Individual

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY D. LOOMIS,<br><br>              Plaintiff,<br><br>     vs.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY,<br><br>              Defendant. | Case No.:  4:26-cv-03000-JST<br><br>STIPULATION REGARDING DEFENDANT'S RESPONSE DEADLINE AND PLAINTIFF'S INTENT TO FILE AMENDED COMPLAINT PURSUANT TO L.R. 6-1 AND ORDER<br><br>HONORABLE JON S. TIGAR<br><br>Complaint Filed: January 16, 2026 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff Jeffrey D. Loomis ("Plaintiff") and Defendant Travelers Commercial Insurance Company ("Defendant"), by and through their counsel of record, hereby stipulate as follows:

1. WHEREAS, the initial Complaint in this matter was filed on January 16, 2026 in the Superior Court of California, County of Napa County.

STIPULATION REGARDING DEFENDANT'S RESPONSE DEADLINE AND PLAINTIFF'S INTENT TO FILE AMENDED COMPLAINT PURSUANT TO L.R. 6-1 AND ORDER

2. WHEREAS, the Defendant filed a Notice of Removal on April 7, 2026 (Dkt.1.) in the U.S. District Court, California Northern District.

3. WHEREAS, the case was reassigned to the Honorable Judge Jon S. Tigar on April 9, 2026.

4. WHEREAS, the Defendant's response to the Complaint is currently due Monday, April 13, 2026;

5. WHEREAS, counsel met and conferred on April 8, 2026 regarding a possible Motion to Dismiss and the current deadlines;

6. WHEREAS, the plaintiff wishes to file an Amended Complaint;

7. WHEREAS, the Parties have agreed that Defendant shall not be required to file a response to the existing Complaint on April 13, 2026;

8. WHEREAS, the following deadlines shall govern: :

| Date | Pleading |
| --- | --- |
| Amended Complaint Filed and Served | May 13, 2026 |
| Deadline for Defendant to file a response to the original complaint (in the event an amended complaint is not filed) | May 27, 2026 |
| Deadline for Defendant to file a response to the Amended Complaint | June 12, 2026 |

9. WHEREAS, extending the foregoing deadlines will not impact any other deadlines in this case.

10. WHEREAS, the parties have not previously requested the modification of any other deadlines.

The additional time is justified because the matter has recently been removed to Federal Court and the Plaintiff wishes to file an Amended Complaint.

2

NICHANI LAW FIRM
1960 The Alameda, Suite 100
San Jose, California 95126

Dated:  April 13, 2026                           NICHANI LAW FIRM

/s/ Vinod Nichani
Vinod Nichani
Attorney for Plaintiff
JEFFREY D. LOOMIS, an individual

//
//
//
//
//
//

Dated:  April 13, 2026                           CLARK HILL LLP

/s/ Mark E. Hellenkamp
Mark E.  Hellenkamp
David M. Plouff
Attorneys for Defendant
TRAVELERS COMMERCIAL
INSURANCE COMPANY

In accordance with the forgoing stipulation IT IS SO

ORDERED Dated: April 15, 2026

_____
Jon S. Tigar
United States District Judge

STIPULATION REGARDING DEFENDANT'S RESPONSE DEADLINE AND PLAINTIFF'S INTENT TO FILE AMENDED COMPLAINT PURSUANT TO L.R. 6-1 AND ORDER

NICHANI LAW FIRM
1960 The Alameda, Suite 100
San Jose, California 95126